People v Johnson (2023 NY Slip Op 03362)

People v Johnson

2023 NY Slip Op 03362

Decided on June 21, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 21, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
PAUL WOOTEN
BARRY E. WARHIT
LILLIAN WAN, JJ.

2020-06450
 (Ind. No. 220/17)

[*1]The People of the State of New York, respondent, 
v
Eugene Johnson, appellant.

Geoffrey E. Chanin, Goshen, NY, for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Robert H. Middlemiss of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Orange County (Robert H. Freehill, J.), rendered July 23, 2020, convicting him of conspiracy in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Contrary to the defendant's contention, he did not receive an enhanced sentence, as the defendant did not receive a sentence above the County Court's promised sentence cap (see People v Harrington, 185 AD3d 1301, 1302). Moreover, the defendant waived his contention that the court improperly imposed an enhanced sentence by consenting to the sentence imposed at the sentencing proceeding (see People v Cannon, 158 AD3d 1123, 1124).
IANNACCI, J.P., WOOTEN, WARHIT and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court